IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 416-216 |
| | ) | |
| CORINTHIAN BOSTIC | ) | |
| | ) | |

ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's motion to seal Exhibit C to its response to Defendant's motion for compassionate release, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit C with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 1st day of December 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA